**Tyrus Montrell THOMPSON**

v.

**STATE**

**CR-13-1221**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/27/2015

Affirmed

**Daniel Joseph WATTS**

v.

**STATE**

**CR-13-1230**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed

**Tina WALTMAN**

v.

**STATE**

**CR-13-1232**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Timothy Lee ROBINSON**

v.

**STATE**

**CR-13-1257**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Nathan CASEY**

v.

**STATE**

**CR-13-1271**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed